# CHARLESTON.

HUDSON *v.* JONES.

Submitted June 3, 1909.   Decided December 20, 1910.

JURY—*Objection to Legality—Jury Commissioners—Oath.*
     A case controlled by points 1 and 2 of the syllabus in *State* v. *Medley*, 66 W. Va. 216.

Error to Circuit Court, Mercer County.

Action by W. C. Hudson against H. C. Jones.   Judgment for plaintiff, and defendant brings error.

*Affirmed.*

*Sanders & Crockett,* for plaintiff in error.

*Woods & Martin,* for defendant in error.

ROBINSON, PRESIDENT:

Plaintiff has judgment.   Defendant says that it is invalid because one of the jury commissioners was not sworn when the panel was drawn from which came the jury that tried the issue. The question is properly raised by exceptions to the overruling of motions attacking the legality of the jury.   In *State* v. *Medley,* 66 W. Va. 216, we held that it is proper to overrule such attack.   Points 1 and 2 of the syllabus in that case control here.   The judgment will be affirmed.

*Affirmed.*